UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW HAMPSHIRE

BONNIE BRYSON and
CLAIRE SHEPARDSON, on behalf of
themselves and all others similarly situated,
                          Plaintiffs

v.

JOHN STEPHEN, in his
capacity as Commissioner of the
State of New Hampshire Department of
Health and Human Services, AND
MATTHEW ERTAS, in his capacity as
Director of State of New Hampshire,
Division of Developmental Services,
                          Defendants

CIVIL ACTION NO. 99-558-M

CLASS ACTION

## ORDER

1. On August 1, 2005, the Court ordered preliminary approval of the Settlement Agreement on Counts VI and VII.

2. Class members were required to file any objection to the partial settlement by August 15, 2005.

3. The date of the final approval hearing is October 25, 2005.
                          Date of Final Approval Hearing

4. No objections were filed on the proposed settlement.

5. The Court has determined that the settlement on Counts VI and VII is fair, reasonable, and in the best interests of the class.

6. The Court approves the proposed settlement.

10/7/05
Date

Stephen J. McAuliffe
Chief Judge